# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALDA T. JOHNSON**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 03-2513 (ESH) |
| ) | |
| **DAVID HOLWAY**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER AND JUDGMENT

This cause having been tried by the Court, it is hereby

**ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that judgment is entered for the defendants and against the plaintiffs; and it is

**FURTHER ORDERED** that the complaint is dismissed with prejudice.

**SO ORDERED**.

                                                          s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

Date: July 21, 2006